# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
North Wind, Inc. ) ASBCA No. 61273
)
Under Contract No. W9128F-13-D-0007 )

APPEARANCE FOR THE APPELLANT: Raymond A. Peters, Esq.
General Counsel

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Anna D. Ross, Esq.
Assistant District Counsel
U.S. Army Engineer District, Seattle

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61273, Appeal of North Wind, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals